# LAW OFFICE OF GODFREY Y. MUWONGE, LLC.

gymscribe@yahoo.com

December 27, 2017

Clerk
United States District Court
Eastern District of Wisconsin
517 E. Wisconsin Avenue, Suite 320
Milwaukee, WI 53202

Re: *Pennix v. Milwaukee Public Schools, et al.*, Case No. 2:17-cv-00326-LA

Your Honor:

I write to advise you that I am no longer co-counsel of record for the Plaintiff and have not been for a while. My failure to advise you was excusable neglect and partly because I did not know how to withdraw from the electronic document service system. Thus, I apologize for any inconvenience to the Court and the parties to this action.

Respectfully,

Godfrey Y. Muwonge
Attorney at Law

710 N. PLANKINTON AVENUE
SUITE 801
P: (414) 395-3230
F: (414) 323-4789