# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**JASMINE PENNIX,**
        **Plaintiff,**

v.                                                           Case No. 17-C-0326

**MILWAUKEE PUBLIC SCHOOLS et al.,**
        **Defendants.**

---

## ORDER

      Jasmine Pennix brings this action under 42 U.S.C. § 1983, Title VII of the Civil Rights Act of 1964, and state tort law against Milwaukee Public Schools (MPS), MPS Superintendent Darienne Driver, MPS School Safety & Security Director Eduardo Negron, and Bay View High School Principal Sandra Peterson. Driver, Negron, and Peterson move to dismiss arguing that Pennix's complaint fails to state any claims against them upon which relief can be granted. Fed. R. Civ. P. 12(b)(6). By local rule, Pennix's response to that motion was due no later than January 17, 2018. *See* Civil L. R. 7(b) (E.D. Wis.). To date, Pennix has not responded to that motion, which is "sufficient cause . . . to grant [it]." Civil L. R. 7(d) (E.D. Wis.).

      **THEREFORE, IT IS ORDERED** that Driver, Negron, and Peterson's motion to dismiss plaintiff's claims against them (ECF No. 21) is **GRANTED** and Driver, Negron, and Peterson are hereby **DISMISSED** as defendants to this action.

      Dated at Milwaukee, Wisconsin, this 10th day of May, 2018.

                                                s/Lynn Adelman_____
                                                LYNN ADELMAN
                                                District Judge